# Exhibit A

## Morgan Fiander

| | |
|---|---|
| **Subject:** | FW: 1427 43rd Street, Brooklyn, NY |

**From:** Julie Cvek Curley <jcurley@kacllp.com>
**Sent:** Thursday, May 4, 2023 3:11 PM
**To:** Aaron Jackson <AJackson@Polsinelli.com>
**Cc:** Erica Aisner <eaisner@kacllp.com>; Ian Lagowitz <ian.lagowitz@trigild.com>; Maegan Kalbermatten <maegan.kalbermatten@trigild.com>; Morgan Fiander <mfiander@polsinelli.com>
**Subject:** Re: 1427 43rd Street, Brooklyn, NY

**EXTERNAL EMAIL**   **jcurley@kacllp.com**

Aaron,

This very issue was brought by Judge Lord at the hearing earlier this week.
Judge Lord said that the 543 turnover was automatic and the Debtor's property is in possession and management by the Debtor unless and until she enters an Order otherwise. Morgan Fiander from your firm, appeared on behalf of your client at the hearing, and Judge Lord directed that comment to her specifically in regards the motion your firm filed.

If your firm and Mr. Lagowitz (who is copied on this email) choose to disregard the clear provisions of the Bankruptcy Court and the directives of the Court, then you do so at your own risk and the Debtor reserves its rights to assert any claims for damages that may arise as a result of such action, or inaction.

Further, I note that Mr. Lagowitz has yet to file any additional reports subsequent to the December 2022 report, which is again violative of the Bankruptcy Code, and also the order appointing him as receiver in the District Court Action.

If you choose to engage in hostile and unproductive litigation, so be it, but myself and my partner Erica Aisner remain available and receptive to discuss consensual use of cash collateral and a path forward in this case.

Very truly yours,
Julie Curley

**JULIE CVEK CURLEY, ESQ.**



(914) 401-9500 MAIN
(914) 401-9503 DIRECT
(917) 930-0694 MOBILE
jcurley@kacllp.com

**From:** Aaron Jackson <AJackson@Polsinelli.com>
**Date:** Thursday, May 4, 2023 at 2:36 PM
**To:** Julie Cvek Curley <jcurley@kacllp.com>

**Cc:** Erica Aisner <eaisner@kacllp.com>, Ian Lagowitz <ian.lagowitz@trigild.com>, Maegan Kalbermatten <maegan.kalbermatten@trigild.com>, Morgan Fiander <mfiander@polsinelli.com>
**Subject:** RE: 1427 43rd Street, Brooklyn, NY

Julie,

As you know, we filed a motion on Friday seeking an order authorizing the Receiver to stay in possession of the property. Today I was notified that the following message was sent by your client's management company to a tenant at the property:

----- Forwarded Message -----
**From:** "Select Management" <email@rentmanager.com>
**To:** "rew770@yahoo.com" <rew770@yahoo.com>
**Sent:** Tue, May 2, 2023 at 1:15 PM
**Subject:** 1427 43 St. Brookyn NY

Select Management
4403 15th Ave. #536
Brooklyn, NY 11219
(718)838-1848

Dear Tenant, Rochel Wald. This letter is to inform you that the rental property is currently back under the **Select Management**. We will be handling all aspects of your tenancy, including rent collection, maintenance requests, leasing, rental renewals, and so on. These changes are effective <u>immediately</u>, so make sure you familiarize yourself with the following information and instructions. Please note that your lease agreement has not changed and the terms will continue to be upheld as usual. If you have any questions or concerns regarding the change in management, please contact the new management, Phone 718-838-1848 Email: info@selectmanagementny.com Please log into your online portal to make sure all your information is correct including your balances & lease renewal. Here is the link to log into your portal:
https://selectmny.twa.rentmanager.com/Shared/Login Rent payments can be paid online or by mail: 1427 43 ST LLC
4403 15th Ave. #536
**Brooklyn, NY 11219** We look forward to providing you with exceptional management and maintaining a safe, enjoyable atmosphere. Any questions or concerns should be relayed to the management,

We hope to make the transition as seamless as possible and we appreciate your cooperation in this matter.

1427 43 ST LLC


Select Management
4403 15th Ave #536

Brooklyn, NY 11219

P. 718-838-1848

F .718-473-3840

The Court has NOT ruled on our motion yet.  Did you authorize your client's property manager to send this message or otherwise authorize your client to proceed with attempting to collect rental income, notwithstanding the fact that our motion remains pending before the Court?  If not, please provide your position with respect to this issue and let us know if you agree that the status quo should be maintained (i.e., the property stays under the Receiver's control) until the Court rules on our motion?

Thank you.

**Aaron Jackson**
*Shareholder*

ajackson@polsinelli.com
**T** 816.360.4277 **M** 816.405.0390
900 W. 48th Place, Suite 900
Kansas City, MO 64112

Polsinelli PC, Polsinelli LLP in California

polsinelli.com